# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| FACTORY 2-U STORES, INC. a/k/a | ) | Chapter 7 |
| FACTORY 2-U f/a/k/a GENERAL TEXTILES, | ) | |
| INC., f/a/k/a GENERAL TEXTILES, f/a/k/a | ) | Case No. 04-10111 (PJW) |
| FAMILY BARGAIN CORPORATION, f/a/k/a | ) | |
| FAMILY BARGAIN CENTER, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| JEOFFREY L. BURTCH, | ) | |
| Chapter 7 Trustee | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ACCESSORY NETWORK GROUP, LLC | ) | Adv. No. 06-50378 |
| a/k/a ACCESSORY NETWORK GROUP | ) | |
| GMAC COMMERCIAL FINANCE LLC | ) | |
| | ) | |
| ALL-WAYS SPORTSWEAR, LTD. | ) | Adv. No. 06-50035 |
| GMAC COMMERCIAL FINANCE LLC | ) | |
| | ) | |
| AMERICAN MARKETING ENTERPRISES, INC. | ) | Adv. No. 06-50220 |
| GMAC COMMERCIAL FINANCE LLC | ) | |
| | ) | |
| AMICA APPAREL CORP. d/b/a SQUEEZE KIDS | ) | Adv. No. 06-50379 |
| GMAC COMMERCIAL FINANCE LLC | ) | |
| | ) | |
| ATLANTIC HOSIERY, INC. | ) | Adv. No. 05-30477 |
| GMAC COMMERCIAL FINANCE LLC | ) | |
| | ) | |
| FAST FORWARD, LLC | ) | Adv. No. 05-30156 |
| GMAC COMMERCIAL FINANCE | ) | |
| | ) | |
| GREAT WALL CORP. | ) | Adv. No. 06-50041 |
| GMAC COMMERCIAL FINANCE LLC | ) | |
| | ) | |
| HAYWIN TEXTILE PRODUCTS | ) | Adv. No. 06-50246 |
| GMAC COMMERCIAL FINANCE LLC | ) | |

510186_1.DOC

54

| | |
|---|---|
| ISAAC MORRIS, LTD <br> GMAC COMMERCIAL FINANCE LLC | Adv. No. 05-53237 |
| ISAAC MORRIS, LTD. d/b/a E-Baby <br> GMAC COMMERCIAL FINANCE LLC | Adv. No. 06-50004 |
| OUTERSTUFF, LTD. <br> GMAC COMMERCIAL FINANCE LLC | Adv. No. 06-50132 |
| PARK B. SMITH, INC. d/b/a SMITH AND JOHNSON and d/b/a PARK B. SMITH LTD. and PARK B. SMITH SR. <br> GMAC COMMERCIAL FINANCE LLC | Adv. No. 05-30479 |
| RK INDUSTRIES INC. <br> GMAC COMMERCIAL FINANCE, LLC | Adv. No. 06-50298 |
| SILVER GOOSE, INC. <br> GMAC COMMERCIAL FINANCE LLC | Adv. No. 05-30463 |
| SOLED OUT SOCKS INC. <br> GMAC COMMERCIAL CREDIT | Adv. No. 05-30100 |
| STAR REGENT APPAREL, INC. <br> STAR REGENT INTERNATIONAL INC. <br> GMAC COMMERCIAL FINANCE LLC | Adv. No. 05-30476 |
| WIESNER PRODUCTS, INC. <br> GMAC COMMERCIAL FINANCE LLC | Adv. No. 06-50365 |
| Defendants. | |

## MOTION FOR WITHDRAWAL OF THE REFERENCE UNDER 28 U.S.C. §157(d) AND FED. R. BANKR. P. 5011

COMES NOW Defendant GMAC Commercial Finance LLC ("Defendant" or "GMAC CF"), pursuant to 28 U.S.C. §157(d) and Fed. R. Bankr. P. 5011 and requests that the reference be withdrawn in the above-captioned adversary proceedings for those reasons more fully set forth in its Memorandum in Support of Motion for Withdrawal of the Reference Under 28 U.S.C.

§157(d) and Fed. R. Bankr. P. 5011 filed contemporaneously herewith and expressly incorporated herein by reference.

                        Respectfully Submitted,

Dated: August 16, 2007      EDWARDS ANGELL PALMER & DODGE LLP
      Wilmington, Delaware

                        */s/ Denise Seastone Kraft*
                        Stuart M. Brown (N0. 4050)
                        Denise Seastone Kraft (No. 2778)
                        Mark D. Olivere (No. 4291)
                        919 N. Market Street, Suite 1500
                        Wilmington, DE 19801
                        Tel: (302) 777-7770
                        Fax: (302) 777-7263
                        dkraft@eapdlaw.com
                        molivere@eapdlaw.com

                        *Counsel for GMAC Commercial Finance LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| FACTORY 2-U STORES, INC. a/k/a | ) | Chapter 7 |
| FACTORY 2-U f/a/k/a GENERAL TEXTILES, | ) | |
| INC., f/a/k/a GENERAL TEXTILES, f/a/k/a | ) | Case No. 04-10111 (PJW) |
| FAMILY BARGAIN CORPORATION, f/a/k/a | ) | |
| FAMILY BARGAIN CENTER, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| JEOFFREY L. BURTCH, | ) | |
| Chapter 7 Trustee | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ACCESSORY NETWORK GROUP, LLC | ) | Adv. No. 06-50378 |
| a/k/a ACCESSORY NETWORK GROUP | ) | |
| GMAC COMMERCIAL FINANCE LLC | ) | |
| | ) | |
| ALL-WAYS SPORTSWEAR, LTD. | ) | Adv. No. 06-50035 |
| GMAC COMMERCIAL FINANCE LLC | ) | |
| | ) | |
| AMERICAN MARKETING ENTERPRISES, INC. | ) | Adv. No. 06-50220 |
| GMAC COMMERCIAL FINANCE LLC | ) | |
| | ) | |
| AMICA APPAREL CORP. d/b/a SQUEEZE KIDS | ) | Adv. No. 06-50379 |
| GMAC COMMERCIAL FINANCE LLC | ) | |
| | ) | |
| ATLANTIC HOSIERY, INC. | ) | Adv. No. 05-30477 |
| GMAC COMMERCIAL FINANCE LLC | ) | |
| | ) | |
| FAST FORWARD, LLC | ) | Adv. No. 05-30156 |
| GMAC COMMERCIAL FINANCE | ) | |
| | ) | |
| GREAT WALL CORP. | ) | Adv. No. 06-50041 |
| GMAC COMMERCIAL FINANCE LLC | ) | |
| | ) | |
| HAYWIN TEXTILE PRODUCTS | ) | Adv. No. 06-50246 |
| GMAC COMMERCIAL FINANCE LLC | ) | |

510185_1.DOC

| | |
|---|---|
| ISAAC MORRIS, LTD ) <br> GMAC COMMERCIAL FINANCE LLC ) <br> ) | Adv. No. 05-53237 |
| ISAAC MORRIS, LTD. d/b/a E-Baby ) <br> GMAC COMMERCIAL FINANCE LLC ) <br> ) | Adv. No. 06-50004 |
| OUTERSTUFF, LTD. ) <br> GMAC COMMERCIAL FINANCE LLC ) <br> ) | Adv. No. 06-50132 |
| PARK B. SMITH, INC. d/b/a SMITH AND ) <br> JOHNSON and d/b/a PARK B. SMITH LTD. ) <br> and PARK B. SMITH SR. ) <br> GMAC COMMERCIAL FINANCE LLC ) <br> ) | Adv. No. 05-30479 |
| RK INDUSTRIES INC. ) <br> GMAC COMMERCIAL FINANCE, LLC ) <br> ) | Adv. No. 06-50298 |
| SILVER GOOSE, INC. ) <br> GMAC COMMERCIAL FINANCE LLC ) <br> ) | Adv. No. 05-30463 |
| SOLED OUT SOCKS INC. ) <br> GMAC COMMERCIAL CREDIT ) <br> ) | Adv. No. 05-30100 |
| STAR REGENT APPAREL, INC. ) <br> STAR REGENT INTERNATIONAL INC. ) <br> GMAC COMMERCIAL FINANCE LLC ) <br> ) | Adv. No. 05-30476 |
| WIESNER PRODUCTS, INC. ) <br> GMAC COMMERCIAL FINANCE LLC ) <br> ) | Adv. No. 06-50365 |
| Defendants. ) | |

## ORDER WITHDRAWING REFERENCE

This matter comes before the Court on the Motion (the "Motion") of Defendant GMAC Commercial Finance LLC, made pursuant to 28 U.S.C. § 157(d), to withdraw the standing order of reference, thereby transferring jurisdiction of the above-captioned proceedings from the United States Bankruptcy Court for the District of Delaware to the United States District Court for the District of Delaware. Having duly considered the submission of the parties, the Court **GRANTS** the Motion.

Accordingly, it is **HEREBY ORDERED** that pursuant to 28 U.S.C. § 157(d) jurisdiction of the above-captioned adversary proceedings is withdrawn from the United States Bankruptcy Court for the District of Delaware and jurisdiction to hear and determine the adversary proceedings shall be in the United States District Court for the District of Delaware.

Dated: _____, 2007
       Wilmington, Delaware

                                                      _____
                                                      United States District Judge

## CERTIFICATE OF SERVICE

I, Denise Seastone Kraft, hereby certify that on the 16th day of August, 2007, I caused a copy of the Motion for Withdrawal of the Reference Under 28 U.S.C. §157(d) and Fed. R. Bankr. P. 5011 to be served upon the parties listed below in the manner indicated:

**VIA HAND DELIVERY**

George R. Tsakataras, Esq.
Robert W. Pedigo, Esq.
Shelley A. Kinsella, Esq.
COOCH & TAYLOR
824 N. Market Street, Suite 1000
Wilmington, DE 19899

Linda Richenderfer, Esq.
BIFFERATO GENTILOTTI, LLC
800 North King Street, First Floor
Wilmington, DE 19801
*Counsel for the Trustee*

Christopher D. Loizides, Esq.
Loizides, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
*Counsel to Star Regent Apparel, Inc.*

Frederick B. Rosner, Esq.
Christopher M. Winter, Esq.
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
*Counsel to Isaac Morris, Ltd. and Isaac Morris, Ltd. d/b/a E-Baby*

Christopher P. Simon, Esq.
Kevin S. Mann, Esq.
CROSS & SIMON, LLC
913 North Market Street, 11th Floor
Wilmington, DE 19801
*Counsel to Amica Apparel Corp. d/b/a Squeeze Kids*

/s/ Denise Seastone Kraft
Denise Seastone Kraft (No. 2778)

510243_1.DOC

## TRANSMITTAL SHEET FOR WITHDRAWAL OF REFERENCE TO THE
## U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE

**Adversary Case #:** 05-30477 (KJC)
**Related Bankruptcy Case #:** 04-10111 (KJC)
**District Court Civil Action#:**

| | |
|---|---|
| **Deputy Clerk Transferring Case:** | Sherry A. Johnson |
| **Case Type:** | Adversary |
| **Nature of Suit:** | 454 Recover Money/Property |
| **Cause of Transmittal:** | Motion to Withdrawal the Reference to the U.S. District Court |
| **Parties:** | Jeoffrey L. Burtch, Ch. 7 Trustee v. Atlantic Hosiery, Inc. , GMAC Commercial Finance L.L.C. |
| **Plaintiff's Counsel:** | Robert W. Pedigo |
| | Cooch & Taylor |
| | 824 N. Market Street |
| | Suite 100 P.O.B. 1680 |
| | Wilmington, DE 19899 |
| | 302-652-3641 |
| | Email: rpedigo@coochtaylor.com |
| | ***(LEAD ATTORNEY)*** |
| | Linda Richenderfer |
| | Bifferato Gentilotti LLC |
| | 800 N. King Street, Plaza Level |
| | Wilmington, DE 19801 |
| | 302-429-1900 |
| | Email: lrichenderfer@bglawde.com |

**Defendant's Counsel:**         Denise Seastone Kraft

Mark Daniel Olivere

Stuart M. Brown

Edwards Angell Palmer & Dodge LLP

919 Market Street

Suite 1500

Wilmington, DE 19801

302-777-7770

Email: dkraft@eapdlaw.com

molivere@eapdlaw.com

sbrown@eapdlaw.com